THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

**JAMARD ADAMS**                                                                            **PETITIONER**

v.                          Case No. 2:19-cv-00038-KGB

**CHARLES HENDRIX and UNITED
STATES DEPARTMENT OF JUSTICE**                          **RESPONDENTS**

## ORDER

Before the Court is the Recommended Disposition submitted by United States Magistrate Judge Beth Deere (Dkt. No. 6). On April 3, 2019, petitioner Jamard Adams filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241 (Dkt. No. 1). In her Recommended Disposition, Judge Deere recommends that Mr. Adams' habeas petition be dismissed without prejudice because his request for habeas relief is premature. No objections have been filed, and the deadline for filing objections has since passed. After careful consideration, the Court finds no reason to alter or reject Judge Deere's recommendation.

Therefore, the Court adopts the Recommended Disposition in its entirety as this Court's findings of fact and conclusions of law (Dkt. No. 6). Mr. Adams' petition for a writ of habeas corpus is dismissed without prejudice. The relief requested is denied.

It is so ordered this 22nd day of January, 2020.

                                                             _/s/ Kristine G. Baker_
                                                             Kristine G. Baker
                                                             United States District Judge