THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

**JAMARD ADAMS**                                                                                  **PETITIONER**

v.                      **Case No. 2:19-cv-00038-KGB**

**CHARLES HENDRIX and UNITED**
**STATES DEPARTMENT OF JUSTICE**                            **RESPONDENTS**

## JUDGMENT

Pursuant to the Order entered in this matter on this date, it is considered, ordered, and adjudged that petitioner Jamard Adams' petition for a writ of habeas corpus is dismissed without prejudice. The relief requested is denied.

It is so adjudged this 22nd day of January, 2020.

_____
Kristine G. Baker
United States District Judge